## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- SUTTON, GOLDEN                                                          EV02-CR-0004-01-Y/H

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 02/22/2002 | 11/19/2002 | Felony | 1 | N/A | YOUNG | HUSSMANN |

USA
plaintiff

**BRADLEY BLACKINGTON**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

**V.**

SUTTON, GOLDEN
defendant

**RICHARD H PARSONS**
401 MAIN STREET
SUITE 1500
PEORIA, IL 61602
(309)671-7891

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |
| 2 | 2 | CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE |

| DATE | PROCEEDINGS |
|---|---|
| 02/22/2002 | INDICTMENT FILED eod 02/25/02 [SMD] |
| 02/22/2002 | CRIM INFO SHEET eod 02/25/02 [SMD] |
| 02/22/2002 | PRAECIPE for WARRANT eod 02/25/02 [SMD] |
| 02/26/2002 | WARRANT ISSUED eod 02/26/02 [SMD] |
| 02/26/2002 | NGPL ORDER ASSIGNS JURY TRIAL to 04/22/02 at 09:00AM Room 301 (RLY) c/m eod 02/26/02 [SMD] |
| 03/01/2002 | USM RETURN - DEFT arrested 3/01/02 eod 03/01/02 [TMD] |
| 03/01/2002 | COURTROOM MINUTES - GOVT by AUSA Brad Blackington (via telephone); eod 03/01/02 [TMD] |
| 03/01/2002 | DEFT APPEARS IN PERSON AND by ct appt counsel Conor O'Daniel; eod 03/01/02 [TMD] |
| 03/01/2002 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 03/01/02 [TMD] |
| 03/01/2002 | CHARGES & RIGHTS and penalties explained; USA requests detention and 3 day continuance; eod 03/01/02 [TMD] |
| 03/01/2002 | ORDER ASSIGNS HEARING to 03/04/02 at 11:15AM Room 335 (WGH) c/m (DETENTION HEARING) eod 03/01/02 [TMD] |
| 03/04/2002 | MOTION for Pretrial Detention; cs-GOVT WGH eod 03/04/02 [TMD] |

| Date | Entry |
|---|---|
| 03/04/2002 | COURTROOM MINUTES - GOVT by AUSA Brad Blackington; eod 03/07/02 [TMD] |
| 03/04/2002 | DEFT APPEARS IN PERSON AND by appt cnsl Conor O'Daniel; eod 03/07/02 [TMD] |
| 03/04/2002 | COURTROOM MINUTES - Detention hearing conducted; Deft ordered DETAINED per seperate order; WGH eod 03/07/02 [TMD] |
| 03/06/2002 | ORDER OF DETENTION ENTERED; cm WGH eod 03/07/02 [TMD] |
| 03/11/2002 | INFORMATION PURSUANT TO 21:851 (A)(1) - PRIOR FELONY eod 03/11/02 [SMD] |
| 03/19/2002 | MOTION for Reconsideration of Pre-Trial Detention; cs-DEFT RLY eod 03/19/02 [TMD] |
| 04/02/2002 | MOTION TO CONTINUE trial set 4/22/02; cs-DEFT RLY eod 04/02/02 [SMD] |
| 04/16/2002 | MOTION Regarding Disclosure of Wire Surveillance Tapes; cs-PLTF RLY eod 04/16/02 [TMD] |
| 04/16/2002 | ORDER VACATES JURY TRIAL of 04/22/02 at 09:00AM Room 301 (RLY) c/m eod 04/17/02 [DLS] |
| 04/16/2002 | ORDER ASSIGNS CONF to 05/02/02 at 09:30AM Room 310 (RLY) c/m RLY eod 04/17/02 [DLS] |
| 05/02/2002 | STIPULATION by parties; eod 05/02/02 [TMD] |
| 05/02/2002 | ENTRY ON PRETRIAL CONFERENCE - Govt appears by Brad Blackington, the defendant appears by Conor O'Daniel. The gov't orally moves to unseal, which motion is GRANTED by the court. The court sets the following schedule; eod 05/02/02 [DLS] |
| 05/02/2002 | ENTRY REASSIGNS JURY TRIAL to 07/15/02 at 09:00AM Room 301 (RLY) c/m RLY eod 05/02/02 [DLS] |
| 05/02/2002 | ENTRY ASSIGNS CONF to 06/04/02 at 01:30PM Room 301 (RLY) c/m RLY eod 05/02/02 [DLS] |
| 05/02/2002 | INDICTMENT UNSEALED eod 05/02/02 [SMD] |
| 05/02/2002 | ORDER - GRANTS Govt's Motion Regarding Disclosure of Wire Surveillance Tapes; c/m RLY eod 05/03/02 [DLS] |
| 05/06/2002 | MOTION - REQUEST for Transcript of Proceedings; cs-DEFT RLY eod 05/06/02 [TMD] |
| 05/08/2002 | ORDER - GRANTS Deft's Motion for Copy of Transcript for the change of plea of Richard R. Green; c/m RLY eod 05/08/02 [DLS] |
| 06/04/2002 | COURTROOM MINUTES FOR THE FINAL PTC; Deft appears in person and by counsel Conor O'Daniel, the govt appears by Brad Blackington. The defendant orally moves for appointment of other counsel, which motion is DENIED by the court. The court confirms the trial date of July 15, 2002; c/m RLY eod 06/07/02 [DLS] |
| 06/13/2002 | ORDER VACATES JURY TRIAL of 07/15/02 at 09:00AM Room 301 (RLY) c/m eod 06/13/02 [DLS] |
| 06/13/2002 | ORDER REASSIGNS JURY TRIAL to 07/29/02 at 09:00AM Room 301 (RLY) c/m RLY eod 06/13/02 [DLS] |
| 06/17/2002 | ENTRY ASSIGNS GLTY PLEA HRG to 07/09/02 at 11:00AM Room 301 (RLY) c/m RLY eod 06/17/02 [DLS] |
| 06/19/2002 | PETITION TO ENTER A PLEA OF GUILTY (copy to Probation) eod 06/19/02 [SMD] |
| 06/19/2002 | PLEA AGREEMENT (copy to Probation) eod 06/19/02 [SMD] |

06/25/2002   ENTRY VACATES GLTY PLEA HRG of 07/09/02 at 11:00AM Room 301 (RLY) c/m eod 06/25/02 [DLS]

06/25/2002   ENTRY REASSIGNS GLTY PLEA HRG to 07/24/02 at 10:30AM Room 301 (RLY) c/m RLY eod 06/25/02 [DLS]

07/24/2002   COURTROOM MINUTES FOR THE CHANGE OF PLEA OF THE DEFENDANT; eod 07/25/02 [DLS]

07/24/2002   DEFT APPEARS IN PERSON AND BY COUNSEL CONOR O'DANIEL; eod 07/25/02 [DLS]

07/24/2002   APPEARANCE FOR THE USA BY AUSA BRAD BLACKINGTON; eod 07/25/02 [DLS]

07/24/2002   USPO Represented by Dennis Duvall; eod 07/25/02 [DLS]

07/24/2002   COURT FINDS factual basis for plea and plea voluntarily made. eod 07/25/02 [DLS]

07/24/2002   COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 07/25/02 [DLS]

07/24/2002   COURTROOM MINUTES ASSIGNS SENTENCING DATE to 10/01/02 at 10:30AM Room 301 (RLY) c/m RLY eod 07/25/02 [DLS]

08/15/2002   MOTION TO CONTINUE sentencing hearing set 10/01/02; cs-USA RLY eod 08/15/02 [TMD]

09/20/2002   MOTION to Withdraw Guilty Plea pursuant to Rule 11(d), the Fifth, Sixth and the Fourteenth Amendment of the United States Constitution; cs-DEFT RLY eod 09/20/02 [TMD]

10/07/2002   ORDER VACATES SENTENCING DATE of 10/01/02 at 10:30AM Room 301 (RLY) c/m eod 10/07/02 [DLS]

10/07/2002   ORDER ASSIGNS HEARING to 10/28/02 at 01:30PM Room 301 (RLY) c/m RLY eod 10/07/02 [DLS]

10/07/2002   TRANSCRIPT of Change of Plea held 7/24/02 - Reporter Judy Mason eod 10/07/02 [SMD]

10/01/2002   Defendant's Pro Se Objections to the PSR: DEFT (Copies mailed to all counsel of record and U.S. Probation by the clerk.) eod 10/23/02 [DLS]

10/28/2002   COURTROOM MINUTES for the sentencing of the defendant; eod 10/29/02 [DLS]

10/28/2002   DEFT APPEARS IN PERSON AND BY COUNSEL CONOR O'DANIEL; eod 10/29/02 [DLS]

10/28/2002   APPEARANCE FOR THE USA BY AUSA BRAD BLACKINGTON; eod 10/29/02 [DLS]

10/28/2002   USPO Represented by Dennis Duvall; eod 10/29/02 [DLS]

10/28/2002   The court DENIES the Defendant's pro se Motion to Withdraw Plea. eod 10/29/02 [DLS]

10/28/2002   The parties advise the Court of the matters in dispute regarding the PSR. The Court, after hearing argument from counsel, rules on the objections. The parties address the Court regarding sentencing; eod 10/29/02 [DLS]

10/28/2002   SENTENCING HELD - c/m RLY eod 10/29/02 [DLS]

11/18/2002   JUDGMENT ENTERED COUNT/FINDING: Counts 1 and 2; IMPRISONMENT: 300 Months on each count, concurrent; RECOMMENDATION: That the defendant be designated near his place of residence; SUPERVISED RELEASE: 10 Years; Standard & Special conditions of Supervision - See Judgment ASSESSMENT: $200.00; SCHEDULE OF PAYMENTS: To begin immediately; c/m RLY OBV 20 PG 52 eod 11/19/02 [DLS]

11/19/2002   NOTICE OF APPEAL by DEFT eod 11/19/02 [TMD]

11/19/2002   SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet eod 11/19/02 [TMD]

11/19/2002   APPEAL FEES NOT PAID ; eod 11/19/02 [TMD]

11/13/2002   CJA VOUCHER # APPROVED FOR PAYMENT; RLY eod 11/19/02 [DLS]

11/25/2002   ACK FROM CA SHORT RECORD received & assigned CA # 02-4046 eod 11/25/02 [SMD]

12/16/2002   USCA Order that Conor O'Daniel's mo to w/d is GRANTED; Chief Federal Defender Richard H Parsons is appointed to represent deft eod 12/16/02 [SMD]

01/02/2003   APPEAL RECORD received by Richard H Parsons on 12/30/02 for 10 days for briefing purposes eod 01/02/03 [SMD]

01/02/2003   TRANSCRIPT of Pretrial Conference held 6/4/02 eod 01/02/03 [SMD]

01/02/2003   TRANSCRIPT of Sentencing Hearing held 10/28/02 eod 01/02/03 [SMD]

01/16/2003   APPEAL RECORD returned from Richard H Parsons eod 01/16/03 [SMD]

03/26/2003   USCA ORDER GRANTS appellee's Motion to Dismiss the Appeal and to stay briefing period and GRANTS appellant counsel's Motion to Withdraw. This appeal is DISMISSED; eod 03/26/03 [TMD]

04/18/2003   MANDATE RECEIVED FROM CA. Appeal DISMISSED eod 04/18/03 [SMD]

01/09/2006   MOTION for Correction of Sentence; cs-DEFT eod 01/09/06 [NRN]

01/18/2006   ENTRY - The clerk shall process the defendant's motion for correction of sentence as a new civil action. c/m RLY eod 01/18/06 [DLS]

06/27/2006   FRC shipped on 06/27/06; Accession # 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; Location # 00243812; Box 3 of 3 eod 07/05/06 [SMD]

02/28/2008   MOTION TO REDUCE SENTENCE RE CRACK COCAINE OFFENSE - 18:3582 by PRO SE DEFT (copy to U.S. Attorney) eod 02/28/08 [SMD]

03/10/2008   RESPONSE to Deft's Motion to Modify Sentence; cs-GOVT eod 03/11/08 [SMD]

07/14/2008   LETTER to Court regarding 3582 Motion; DEFT eod 07/14/08 [NRN]

08/21/2008   MOTION to file a late response in opposition to the Government's Response; cs-PRO SE DEFT eod 08/21/08 [SMD]

03/05/2009   LETTER re [50] Motion to Reduce Sentence and Docket Sheet; PRO SE DEFT eod 03/05/09 [NRN]

04/08/2010   MOTION for status of motion; motion to add certificates of achievement and progress report to motion [50]; and motion for updated docket sheet by PRO SE DEFT (copy to U S Atty) eod 04/08/10 [SMD]

04/26/2006   ENTRY DENYING Motion for Relief pursuant to 28 USC 2255. cm RLY (3:06-cv-15, docketed out of order). eod 06/04/10 [AR]

04/26/2006   JUDGMENT pursuant to Entry caused is DISMISSED with prejudice. (3:06-cv-15, docketed out of order). OBV 28 PG 39 eod 06/04/10 [AR]

| | |
|---|---|
| 08/01/2011 | MOTION pursuant to Federal Rules Criminal Procedure Rule 47(b) and Federal Rules Appellate Procedure Rule 28(j) by PRO SE DEFT (copy to U S Atty) eod 08/01/11 [SMD] |
| 01/24/2012 | ***Case administratively moved to the court's CM/ECF system under the same cause number. No further entries shall be made in JAMS.*** eod 01/24/12 [MAC] |

**USDC Southern Indiana -JAMS data-**                                                                                                    Go to Top