UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. EV 02- 4 -CR-01-Y/H |
| GOLDEN SUTTON, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning in or around May, 2001 and continuing up to and including November 10, 2001, in the Southern District of Indiana, Evansville Division, and elsewhere, GOLDEN SUTTON, defendant herein, did knowingly conspire together and with diverse other persons, known and unknown to the Grand Jury, to manufacture, possess with the intent to distribute, and distribute in excess of 50 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### MANNER AND MEANS

1. During the course of the charged conspiracy, Katrel Thomas (Thomas), not a defendant herein, fronted powder cocaine to Golden Sutton in Evansville, Indiana.

2. SUTTON transported the powder cocaine from Evansville, Indiana to Henderson, Kentucky.

3. In Henderson, Kentucky, SUTTON had drug trafficking associates convert ("cook") the powder cocaine into cocaine base ("crack cocaine").

4. After converting the powder cocaine into crack cocaine, SUTTON distributed the crack cocaine in Henderson, Kentucky.

5. After distributing the crack cocaine, SUTTON collected drug proceeds from his customers and paid Thomas for the powder cocaine that Thomas had fronted to SUTTON.

6. During the course of the charged conspiracy, SUTTON spoke on his cellular telephone using code language to discuss matters relative to his cocaine trafficking operation.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants did commit, among others, the following overt acts:

1. On November 10, 2001, GOLDEN SUTTON received approximately nine ounces of powder cocaine from Katrel Thomas in Evansville, Indiana. GOLDEN SUTTON and Richard Green, not a defendant herein, possessed the powder cocaine while transporting it from Evansville to Henderson, Kentucky.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The Grand Jury further charges that:

On or about November 10, 2001, within the Southern District of Indiana, Evansville Division, GOLDEN SUTTON, the defendant, did knowingly possess with intent to distribute less than 500 grams of a mixture or substance containing cocaine, a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

SUSAN W. BROOKS
United States Attorney

By: _____
Bradley A. Blackington
Assistant United States Attorney