1

2

3

4

      UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
        EVANSVILLE DIVISION

**FILED**

AUG 1 – 2011

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

GOLDEN SUTTON,

5         (MOVANT),

) CAUSE NO. Cause NO.EV 02-04-CR-01-Y/H

6         V

7 UNITED STATES OF AMERICA,

8         Respondent

9

10                 **MOTION PURSUANT TO**

11      **Federal Rules Criminal Procedure Rule 47 (b).**

12   **And Federal Rules Appellate Procedure Rule 28 (j).**

13       Comes now Golden Sutton (Movant), pro se, before the Honorable Judge of

14 said court and respectfully request this court to incorporate the most

15 recently announced retroactive **"Amendment 750"**, the amendment in response to

16 **"Fair Sentencing Act"**, with the previously filed **18 U.S.C.  § 3582 (C) (2)**

17 Motion that was filed in this court on **February 28, 2008**.

18                 **Procedural History**

19       As aforementioned on or about the 28th **day of February, 2008** Movant

20 filed a petition for relief as per **18 U.S.C. § 3582 (C) (2)**, the petition was

21 filed in response to the United States Sentencing Commissions decision to

22 make **"Crack Amendment 706"** retroactive. The 2007 **"Crack Amendment"** was an

23 amendment made to the United Stated Sentencing Guidelines to address the

24 "grave sentencing disparity created by the 100 to 1 ratio" or drug

25 equivalency associated with **"Crack vs. powder cocaine"**.

58

1          On or about **March 3, 2010** the A.U.S.A for the government filed a
2     response to Movant's **§3582 (C)(2),** motion.  Mr. Sutton being a layman to the
3     law was unaware of his right's to rebuttal/reply to government's response,
4     however, on or about **August 21, 2008**, Movant sought permission from the court
5     to file a late response {**see attached docket sheet**} in opposition to the
6     Government's response.

7          On or about **April 8, 2010** Movant requested a status update on the
8     pending **§ 3582 (C) (2)** motion and permission to amend/incorporate affidavit's
9     of post-sentence rehabilitation progress i.e. Certificates of Achievement's
10    and progress reports.

11         **Argument:** Prior to the enactment of the **"Fair Sentencing Act of 2010"**,
12    and the Sentencing Commission's decision to make **"Amendment 750"** retroactive,
13    The legal landscape was unfavorable to Mr. Sutton, i.e. **"Career offender"**
14    provision may have prevented the court from considering  a reduction in the
15    term of imprisonment, however the legal landscape has changed.  Movant's
16    **§ 3582 (C) (2)** petition is properly before the court and ripe for review.

17                           **Standard of Review**

18         **United States v. Brown, 617 f3d 955 (7th Cir. 2010)**: A Sentencing judge
19    may consider policy disagreements with the Crack/Powder disparity, U.S
20    Sentencing Guidelines Manual **§ 4B1.1** and **§ 21 U.S.C. § 841,** when it sentences
21    a person with **Career Offender** Status. **United States v. Welton, 377 Fed**
22    **Appx.555, (7th Cir 2010)**; our opinion, **583 F.3d 494 (7th Cir. 2009)**, affirmed
23    **Welton's** sentence after concluding that the principle of **Kimbrough v. United**
24    **States, 552 U.S. 85 128 S.Ct. 558 169 L.ed 2d 481 (2007)**, does not apply to
25    the **Career Offender** Guideline, **U.S.S.G § 4B1.1.** While **Welton's** petition for

1  Certiorari was pending, we overruled the panel's opinion in this case **United**

2  **States v. Corner, 598 f.3d 411 (7th Cir. 2010)(En Banc)**. The Supreme Court

3  then granted **Welton's** petition and remanded with instructions to, reconsider

4  in light of **Corner No.09-8367 (U.S. Mar. 20, 2011)**.

5    This instant action is properly before the court as Movant has yet, to

6  receive a final disposition from this court surrounding the previously filed

7  **§3582(C)(2)**    petition,    and    would    humbly    request    this    court    to

8  amend/incorporate the following facts, argument's and authorities:

9           **Discussion: § 1B1.10. Reduction in Term of Imprisonment**

10          **as a Result of Amended Guideline Range (Policy Statement)**

11     **(A)    Authority-**
      **(1)    In General.-In a case in which a defendant is serving**
12     **A term of imprisonment and the guideline range applicable**
      **To that defendant has subsequently been lowered as a result**
13     **Of an amendment to the Guidelines Manual listed in**
      **Subsection(c) below, the court may reduce the defendant's**
14     **Term of imprisonment as provided by 18 U.S.C. §3582 (C)(2),**
      **Any such reduction in the defendant's term of imprisonment**
15     **Shall be consistent with this policy statement.**
      **(a)-Covered Amendments: [Amendments "750" has been added to the**
16     **List of covered amendments]**

                                    **Facts:**
17
      Mr. Sutton contends that his pending **18 U.S.C. §3582 (C) (2)**, Motion
18
   that has been before this court since **February 28, 2008**, is ripe for review.
19
                                  **Conclusion**
20
      With a combination of **Amendment 706** and **Amendment 709**, Movant asserts
21
   that his sentence is grossly disproportionate. Where the PSI report set the
22
   offense level at **34** for at least **150 grams** but less than **500 grams** of cocaine
23
   base the offense level would be **32**. In addition, under **Docket No. 92CR46**
24
   where Movant pleaded guilty to three counts of trafficking a Schedule II
25
   narcotic, these three counts should only qualify as one sentence and one

1   conviction {see attached PSI} abolishing the **Career Offender** enhancement

2   pursuant to **§ 4A1.1.** Therefore, under the new and clarified guidelines Movant

3   would now be looking at an offense level of **29** after subtracting three points

4   for acceptance of responsibility and criminal history points of **7**

5   establishing a criminal history of **IV** with a sentencing range of [**121-151**

6   **months**].

7        Incorporating **Amendment 750,** Movant would now be looking at an offense

8   level of **30** [Absent acceptance of responsibility] with criminal history

9   points of **7** establishing a criminal history of **IV** with a sentencing range of

10  [**135-168 months**]. When factoring in a **3-point reduction** for acceptance of

11  responsibility, Movant's base offense level would be **27** with a criminal

12  history of **IV** with a sentencing range of [**100-125 months**]. With or without

13  the acceptance of responsibility a sentence reduction to the amended

14  guideline would be commensurate to the **18 U.S.C. §3553 (a)'s** sentencing

15  factors as Movant has conducted himself as a model prisoner, *{see attached*

16  *affidavits of achievements Post-Sentencing Rehabilitation}.*

17       Therefore, Movant requests that the Court apply the amendments to his

18  case and re-sentence him at the low end or below the advisory guideline

19  range. As the effective date of retroactive application of **"Amendment 750"** is

20  **November 1st, 2011**, Movant's request for amendment to pending petition can be

21  held in abeyance at Court's discretion.

22

23                    **Signed this 1st day of August, 2011**

24

25                                    Golden Sutton (pro se)

1        I, **Golden Sutton**, do hereby certify under penalty of perjury pursuant

2 to **28 U.S.C. § 1746** that I delivered to prison officials the foregoing motion

3 "Pursuant to **18 U.S.C. § 3582 (c) (2)**" in an envelope with postage prepaid

4 first class and addressed to:

5

6                          **U.S. District Court**
                        **Office of the Clerk**
                        **304 Federal Building**

7                   **101 N.W. Martin Luther King Blvd.**
                     **Evansville, IN 47708**

8

9                  **Signed this 1st day of August, 2011.**

10

11                         **Golden Sutton (pro se)**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# (Attachment 2)

# P.S.I

17. **Chapter Four Enhancements:** As is shown in Part B (Criminal History) below,    37
the defendant has been convicted of Possession of a Schedule II Controlled
Substance in Henderson (Kentucky) Circuit Court, Docket No. 91CR154-2, on
February 2, 1992, and Trafficking in a Schedule II Narcotic (Cocaine), under Docket
No. 92CR46 in Henderson (Kentucky) Circuit Court on April 20, 1992.  Since the
instant offense involves a controlled substance offense, and the defendant was 18
years or older at the time of its commission, the defendant is a career offender within
the meaning of U.S.S.G. § 4B1.1 of the guidelines.  The offense level determined
under U.S.S.G. § 4B1.1 is 37 rather than the lower level calculated above.

18. **Total Offense Level:**    37

19. **Adjustment for Acceptance of Responsibility:**  The defendant admits his    -2
involvement in this offense.   Pursuant to U.S.S.G. § 3E1.1(a), two levels are
subtracted.

20. Pursuant to U.S.S.G. §3E1.1(b), one additional level is subtracted because the    -1
offense level is at least sixteen and the defendant has timely provided complete
information to the government concerning his own involvement in the offense.

21. **Total Offense Level:**    34

## PART B.  DEFENDANT'S CRIMINAL HISTORY

Juvenile Adjudication(s)

22. None.

Adult Criminal Conviction(s)

| Date of Arrest | Conviction/Court | Date Sentence Imposed/Disposed | Guideline | Pnt |
|---|---|---|---|---|
| 23.  8/21/91 (Age 22) | Ct. 1 - Possession of a Schedule II Controlled Substance, Docket No. 91CR154-2, Henderson Circuit Court, Henderson, KY. | 2/10/92: Pled guilty; Kentucky Department of Corrections 3 years. | 4A1.1(a) | 3 |

The defendant was represented in all proceedings by attorney Dane Shields. Details of the offense indicate the Henderson Police Department received information that narcotics were being distributed from an apartment in Henderson, KY. Henderson undercover policemen proceeded to the apartment on 8/20/91 and purchased one-half gram of cocaine for $50. Further, the undercover officers noticed there were other baggies in the residence containing what appeared to be narcotics. A search warrant was issued on 8/21/91, and the defendant and an individual by the name of Eric McGuire were arrested. Eight small plastic bags of cocaine with approximately one-eighth of a gram in each bag and related drug paraphernalia were confiscated. The defendant was initially charged with Trafficking in a Controlled Substance, Possession of a Controlled Substance, and Possession of a Police Radio. On 1/14/92, the defendant pled guilty to the amended charge of Possession of a Controlled Substance (Cocaine), with the remaining charge being dismissed. Codefendant McGuire was sentenced on 2/24/92 to the Kentucky Department of Corrections for one year. The defendant was released from the institution on 9/29/93, and terminated parole on 2/4/96.

| 24. | 2/3/92 (Age 22) | Three counts Trafficking in a Schedule II Narcotic (Cocaine), Docket No. 92CR46, Henderson County Circuit Court, Henderson, Kentucky. | 4/20/92: Pled guilty to all three counts; 5 years each count concurrent with the other and consecutive to the sentence imposed in 91CR154-2. | 4A1.1(a) | 3  6  ? ? ? |

The defendant was represented in all proceedings by attorney Dane Shields. Details indicate that on 11/21/91, 12/19/91, and again on 12/19/91, the defendant sold cocaine to undercover Henderson Police Department detectives. He pled guilty to the offense on 3/20/92. Count 1 reflects that the defendant sold the cocaine at the same residence where he had been previously charged on 10/1/91. Counts 2 and 3 reflect that the defendant sold cocaine to undercover policemen in the 700 block of Martin Luther King Boulevard in Henderson, KY. As reflected in the previous offense, the defendant was released from the institution on 9/29/93 and terminated parole on 2/4/96.

| 25. | 2/11/92 (Age 22) | Criminal Possession of a Forged Instrument, Third Degree (Misdemeanor); Henderson District Court, Henderson, Kentucky, Case No. 92-F-00090. | 2/11/92: Summons served by Henderson (Kentucky) Police Department. 4/21/92: Defendant pled guilty. Sentenced to 12 months in county jail; ordered to serve one month in jail, with remaining jail time of 11 months conditionally discharged (similar to unsupervised probation) for two years. | 4A1.1(c) | 1 |

There was no record the defendant was represented by counsel or waived his right to counsel. On 2/11/92, Mr. Sutton was served a summons by the Henderson (Kentucky) Police Department. He was originally charged with Criminal Possession of a Forged Instrument, Second Degree, a felony. However, prior to his entry of a guilty plea, the charge was amended to Criminal Possession of a Forged Instrument, Third Degree, a misdemeanor. According to court records, on 10/10/91, Mr. Sutton cashed a forged payroll check from Sani Clean Services which had been made out to Archie Turner. On said date, Mr. Sutton forged Mr. Turner's signature and then subsequently cashed the payroll check.

Criminal History Computations

26. The total of the criminal history points is 7. According to the sentencing table in U.S.S.G. Chapter 5, Part A, 7 criminal history points establish a criminal history category of IV.

27. Pursuant to U.S.S.G. § 4A1.1, a career offender's criminal history category in every case shall be a Category VI.

Other Criminal Conduct

28. None.

Pending Charges

29. None.

Other Arrest(s)

| Date of Arrest | Charge | Agency | Disposition |
|---|---|---|---|
| 30. 11/10/01 (Age 32) | Possession of Narcotics; Vanderburgh County Circuit Court, Evansville, IN, Docket No. 82C01-0111-CF-01048. | Evansville Police Department, Evansville, IN. | 4/10/02: Case dismissed. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# (Attachment 1)

# Docket Sheet

## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- SUTTON, GOLDEN                                            EV02-CR-0004-01-Y/H

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|-------|--------|---------|-----------|--------------|-------|------------|
| 02/22/2002 | 11/19/2002 | Felony | 1 | N/A | YOUNG | HUSSMANN |

USA
plaintiff

**BRADLEY BLACKINGTON**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

V.
SUTTON, GOLDEN
defendant

**RICHARD H PARSONS**
401 MAIN STREET
SUITE 1500
PEORIA, IL 61602
(309)671-7891

| NO. | COUNTS | OFFENSE |
|-----|--------|---------|
| 1 | 1 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |
| 2 | 2 | CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE |

| DATE | PROCEEDINGS |
|------|-------------|

02/22/2002   INDICTMENT FILED eod 02/25/02 [SMD]

02/22/2002   CRIM INFO SHEET eod 02/25/02 [SMD]

02/22/2002   PRAECIPE for WARRANT eod 02/25/02 [SMD]

02/26/2002   WARRANT ISSUED eod 02/26/02 [SMD]

02/26/2002   NGPL ORDER ASSIGNS JURY TRIAL to 04/22/02 at 09:00AM Room 301 (RLY) c/m eod 02/26/02 [SMD]

03/01/2002   USM RETURN - DEFT arrested 3/01/02 eod 03/01/02 [TMD]

03/01/2002   COURTROOM MINUTES - GOVT by AUSA Brad Blackington (via telephone); eod 03/01/02 [TMD]

03/01/2002   DEFT APPEARS IN PERSON AND by ct appt counsel Conor O'Daniel; eod 03/01/02 [TMD]

03/01/2002   INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 03/01/02 [TMD]

03/01/2002   CHARGES & RIGHTS and penalties explained; USA requests detention and 3 day continuance; eod 03/01/02 [TMD]

03/01/2002   ORDER ASSIGNS HEARING to 03/04/02 at 11:15AM Room 335 (WGH) c/m (DETENTION HEARING) eod 03/01/02 [TMD]

03/04/2002   MOTION for Pretrial Detention; cs-GOVT WGH eod 03/04/02 [TMD]

03/04/2002   COURTROOM MINUTES - GOVT by AUSA Brad Blackington; eod 03/07/02 [TMD]

03/04/2002   DEFT APPEARS IN PERSON AND by appt cnsl Conor O'Daniel; eod 03/07/02 [TMD]

03/04/2002   COURTROOM MINUTES - Detention hearing conducted; Deft ordered DETAINED per seperate order; WGH eod 03/07/02 [TMD]

03/06/2002   ORDER OF DETENTION ENTERED; cm WGH eod 03/07/02 [TMD]

03/11/2002   INFORMATION PURSUANT TO 21:851 (A)(1) - PRIOR FELONY eod 03/11/02 [SMD]

03/19/2002   MOTION for Reconsideration of Pre-Trial Detention; cs-DEFT RLY eod 03/19/02 [TMD]

04/02/2002   MOTION TO CONTINUE trial set 4/22/02; cs-DEFT RLY eod 04/02/02 [SMD]

04/16/2002   MOTION Regarding Disclosure of Wire Surveillance Tapes; cs-PLTF RLY eod 04/16/02 [TMD]

04/16/2002   ORDER VACATES JURY TRIAL of 04/22/02 at 09:00AM Room 301 (RLY) c/m eod 04/17/02 [DLS]

04/16/2002   ORDER ASSIGNS CONF to 05/02/02 at 09:30AM Room 310 (RLY) c/m RLY eod 04/17/02 [DLS]

05/02/2002   STIPULATION by parties; eod 05/02/02 [TMD]

05/02/2002   ENTRY ON PRETRIAL CONFERENCE - Govt appears by Brad Blackington, the defendant appears by Conor O'Daniel. The gov't orally moves to unseal, which motion is GRANTED by the court. The court sets the following schedule; eod 05/02/02 [DLS]

05/02/2002   ENTRY REASSIGNS JURY TRIAL to 07/15/02 at 09:00AM Room 301 (RLY) c/m RLY eod 05/02/02 [DLS]

05/02/2002   ENTRY ASSIGNS CONF to 06/04/02 at 01:30PM Room 301 (RLY) c/m RLY eod 05/02/02 [DLS]

05/02/2002   INDICTMENT UNSEALED eod 05/02/02 [SMD]

05/02/2002   ORDER - GRANTS Govt's Motion Regarding Disclosure of Wire Surveillance Tapes; c/m RLY eod 05/03/02 [DLS]

05/06/2002   MOTION - REQUEST for Transcript of Proceedings; cs-DEFT RLY eod 05/06/02 [TMD]

05/08/2002   ORDER - GRANTS Deft's Motion for Copy of Transcript for the change of plea of Richard R. Green; c/m RLY eod 05/08/02 [DLS]

06/04/2002   COURTROOM MINUTES FOR THE FINAL PTC; Deft appears in person and by counsel Conor

O'Daniel, the govt appears by Brad Blackington. The defendant orally moves for appointment of other counsel, which motion is DENIED by the court. The court confirms the trial date of July 15, 2002; c/m RLY eod 06/07/02 [DLS]

06/13/2002    ORDER VACATES JURY TRIAL of 07/15/02 at 09:00AM Room 301 (RLY) c/m eod 06/13/02 [DLS]

06/13/2002    ORDER REASSIGNS JURY TRIAL to 07/29/02 at 09:00AM Room 301 (RLY) c/m RLY eod 06/13/02 [DLS]

06/17/2002    ENTRY ASSIGNS GLTY PLEA HRG to 07/09/02 at 11:00AM Room 301 (RLY) c/m RLY eod 06/17/02 [DLS]

06/19/2002    PETITION TO ENTER A PLEA OF GUILTY (copy to Probation) eod 06/19/02 [SMD]

06/19/2002    PLEA AGREEMENT (copy to Probation) eod 06/19/02 [SMD]

06/25/2002    ENTRY VACATES GLTY PLEA HRG of 07/09/02 at 11:00AM Room 301 (RLY) c/m eod 06/25/02 [DLS]

06/25/2002    ENTRY REASSIGNS GLTY PLEA HRG to 07/24/02 at 10:30AM Room 301 (RLY) c/m RLY eod 06/25/02 [DLS]

07/24/2002    COURTROOM MINUTES FOR THE CHANGE OF PLEA OF THE DEFENDANT; eod 07/25/02 [DLS]

07/24/2002    DEFT APPEARS IN PERSON AND BY COUNSEL CONOR O'DANIEL; eod 07/25/02 [DLS]

07/24/2002    APPEARANCE FOR THE USA BY AUSA BRAD BLACKINGTON; eod 07/25/02 [DLS]

07/24/2002    USPO Represented by Dennis Duvall; eod 07/25/02 [DLS]

07/24/2002    COURT FINDS factual basis for plea and plea voluntarily made. eod 07/25/02 [DLS]

07/24/2002    COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 07/25/02 [DLS]

07/24/2002    COURTROOM MINUTES ASSIGNS SENTENCING DATE to 10/01/02 at 10:30AM Room 301 (RLY) c/m RLY eod 07/25/02 [DLS]

08/15/2002    MOTION TO CONTINUE sentencing hearing set 10/01/02; cs-USA RLY eod 08/15/02 [TMD]

09/20/2002    MOTION to Withdraw Guilty Plea pursuant to Rule 11(d), the Fifth, Sixth and the Fourteenth Amendment of the United States Constitution; cs-DEFT RLY eod 09/20/02 [TMD]

10/07/2002    ORDER VACATES SENTENCING DATE of 10/01/02 at 10:30AM Room 301 (RLY) c/m eod 10/07/02 [DLS]

10/07/2002    ORDER ASSIGNS HEARING to 10/28/02 at 01:30PM Room 301 (RLY) c/m RLY eod 10/07/02 [DLS]

10/07/2002    TRANSCRIPT of Change of Plea held 7/24/02 - Reporter Judy Mason eod 10/07/02 [SMD]

10/01/2002    Defendant's Pro Se Objections to the PSR: DEFT (Copies mailed to all counsel of record and U.S. Probation by the clerk.) eod 10/23/02 [DLS]

10/28/2002   COURTROOM MINUTES for the sentencing of the defendant; eod 10/29/02 [DLS]

10/28/2002   DEFT APPEARS IN PERSON AND BY COUNSEL CONOR O'DANIEL; eod 10/29/02 [DLS]

10/28/2002   APPEARANCE FOR THE USA BY AUSA BRAD BLACKINGTON; eod 10/29/02 [DLS]

10/28/2002   USPO Represented by Dennis Duvall; eod 10/29/02 [DLS]

10/28/2002   The court DENIES the Defendant's pro se Motion to Withdraw Plea. eod 10/29/02 [DLS]

10/28/2002   The parties advise the Court of the matters in dispute regarding the PSR. The Court, after hearing argument
             from counsel, rules on the objections. The parties address the Court regarding sentencing; eod 10/29/02
             [DLS]

10/28/2002   SENTENCING HELD - c/m RLY eod 10/29/02 [DLS]

11/18/2002   JUDGMENT ENTERED COUNT/FINDING: Counts 1 and 2; IMPRISONMENT: 300 Months on each
             count, concurrent; RECOMMENDATION: That the defendant be designated near his place of residence;
             SUPERVISED RELEASE: 10 Years; Standard & Special conditions of Supervision - See Judgment
             ASSESSMENT: $200.00; SCHEDULE OF PAYMENTS: To begin immediately; c/m RLY OBV 20 PG 52
             eod 11/19/02 [DLS]

11/19/2002   NOTICE OF APPEAL by DEFT eod 11/19/02 [TMD]

11/19/2002   SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet eod 11/19/02 [TMD]

11/19/2002   APPEAL FEES NOT PAID ; eod 11/19/02 [TMD]

11/13/2002   CJA VOUCHER # APPROVED FOR PAYMENT; RLY eod 11/19/02 [DLS]

11/25/2002   ACK FROM CA SHORT RECORD received & assigned CA # 02-4046 eod 11/25/02 [SMD]

12/16/2002   USCA Order that Conor O'Daniel's mo to w/d is GRANTED; Chief Federal Defender Richard H Parsons is
             appointed to represent deft eod 12/16/02 [SMD]

01/02/2003   APPEAL RECORD received by Richard H Parsons on 12/30/02 for 10 days for briefing purposes eod
             01/02/03 [SMD]

01/02/2003   TRANSCRIPT of Pretrial Conference held 6/4/02 eod 01/02/03 [SMD]

01/02/2003   TRANSCRIPT of Sentencing Hearing held 10/28/02 eod 01/02/03 [SMD]

01/16/2003   APPEAL RECORD returned from Richard H Parsons eod 01/16/03 [SMD]

03/26/2003   USCA ORDER GRANTS appellee's Motion to Dismiss the Appeal and to stay briefing period and
             GRANTS appellant counsel's Motion to Withdraw. This appeal is DISMISSED; eod 03/26/03 [TMD]

04/18/2003   MANDATE RECEIVED FROM CA. Appeal DISMISSED eod 04/18/03 [SMD]   .

01/09/2006   MOTION for Correction of Sentence; cs-DEFT eod 01/09/06 [NRN]

01/18/2006   ENTRY - The clerk shall process the defendant's motion for correction of sentence as a new civil action. c/m RLY eod 01/18/06 [DLS]

06/27/2006   FRC shipped on 06/27/06; Accession # 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; Location # 00243812; Box 3 of 3 eod 07/05/06 [SMD]

02/28/2008   MOTION TO REDUCE SENTENCE RE CRACK COCAINE OFFENSE - 18:3582 by PRO SE DEFT (copy to U.S. Attorney) eod 02/28/08 [SMD]

03/10/2008   RESPONSE to Deft's Motion to Modify Sentence; cs-GOVT eod 03/11/08 [SMD]

07/14/2008   LETTER to Court regarding 3582 Motion; DEFT eod 07/14/08 [NRN]

08/21/2008   MOTION to file a late response in opposition to the Government's Response; cs-PRO SE DEFT eod 08/21/08 [SMD]

03/05/2009   LETTER re [50] Motion to Reduce Sentence and Docket Sheet; PRO SE DEFT eod 03/05/09 [NRN]

04/08/2010   MOTION for status of motion; motion to add certificates of achievement and progress report to motion [50]; and motion for updated docket sheet by PRO SE DEFT (copy to U S Atty) eod 04/08/10 [SMD]

04/26/2006   ENTRY DENYING Motion for Relief pursuant to 28 USC 2255. cm RLY (3:06-cv-15, docketed out of order). eod 06/04/10 [AR]

04/26/2006   JUDGMENT pursuant to Entry caused is DISMISSED with prejudice. (3:06-cv-15, docketed out of order). OBV 28 PG 39 eod 06/04/10 [AR]

---

**USDC Southern Indiana -JAMS data-**

<span style="float:right">Go to<br>Top</span>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# (Attachment 3)

# Progress Report, Certificates

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## PROGRESS REPORT

FCIM-M Beaumont, Texas
INSTITUTION                                          DATE: March 7, 2010

Inmate Reviewed:

| | | |
|---|---|---|
| _____ | 03-07-2010 | _____ |
| Inmate's Signature | Date | Staff Signature |

| | |
|---|---|
| 1. | Type of Progress Report: |
| | Initial: _____    Statutory Interim: _____    Pre-Release:_____ |
| | Transfer:_____    Triennial: __XXXX__    Other :____ |
| 2. | Name:                        3.  Register Number:    4.Age (DOB): |
| | Sutton, Golden                     06798-028            40 (09-03-1969) |
| 5. | Present Security / Custody Level: |
| | Medium/In |
| 6. | Offense / Violator Offense: |
| | Conspiracy to Possess or Manufacture with Intent to Distribute in |
| | excess of Fifty Grams of Cocaine Base |
| 7. | Sentence: |
| | 300 Months (3559 PLRA sentence), 10 Years Supervised Release, |
| | $200 Felony Assessment |
| 8. | Sentence Began:    9.   Months Served/JC:       10.  Days GCT: |
| | | 88 Months + |
| | 10-28-2002 | 243 JC | 432 |
| 11. | Days FSGT/WSGT/DGCT 12.  Projected Release:  13.  Last USPC Action: |
| | | 12-08-2023 |
| | 0/0/0 | via GCT | N/A |
| 14. | Detainers/Pending Charges: |
| | None |
| 15. | Codefendants: |
| | None |

Distribution:    Inmate File
                 U.S. Probation Office
                 Parole Commission Regional Office (if applicable)
                 Inmate

UNITED STATES DEPARTMENT OF JUSTICE                                    PAGE 2
FEDERAL BUREAU OF PRISONS

### PROGRESS REPORT - CONTINUED

Committed Name: Sutton, Golden       No.: 06798-028      Date: March 7, 2010

16. Institutional Adjustment: Inmate Sutton's adjustment has been above average.
He has maintained clear conduct and completed payments through the Financial
Responsibility Program. Inmate Sutton has participated in recommended
programs and is not considered a management problem.

a.   Program Plan: Inmate Sutton arrived at FCC Beaumont in June 2007. At his
next program review, it was recommended he enroll in education, recreation
or counseling programs. Subsequent reviews indicate similar recommendations,
as well Education Aide or VT Aide employment and vocational programs. Inmate
Sutton has made good progress toward recommended programs. His adjustment is
currently considered to be above average.

b.   Work Assignment:   Inmate Sutton has been primarily assigned to the
Recreation details, where he receives excellent to outstanding evaluations.
He is described as a completely dependable worker, who gets along well with
supervisors and peers.

c.   Education/Vocational Participation: Inmate Sutton has completed the
following courses since his arrival:

```
ESL HAS      ENGLISH PROFICIENT              08-08-2003 1451 CURRENT
GED EARNED GED EARNED IN BOP                 08-05-2004 1541 CURRENT

  EDUCATION COURSES  ---------------------------
  PERSONAL TRAINER CLASS        01-24-2010 CURRENT
  ADVANCED MICROCOMPUTER CLASS  02-23-2009 06-17-2009    P  C  C    240
  MICROCOMPUTER VT,M-F,1230-1530 08-07-2007 11-29-2007   P  C  C    240
  JOB SUCCESS                   09-04-2007 09-17-2007     P  C  P     20
  OWNING YOUR OWN BUSINESS      09-10-2007 09-19-2007     P  C  P      4
  TICKET TO THE FUTURE          08-13-2007 08-16-2007     P  C  P      8
  FIVE SECRETS TO FINDING A JOB 07-30-2007 08-08-2007     P  C  P     16
```

d.   Counseling Programs:  Since arrival, inmate Sutton has completed the
counseling programs noted in section c.

e.   Incident Reports:
DATE:         CODE/INCIDENT:                     SANCTION:
N/A

f. Institutional Movement: Inmate Sutton arrived from FCI Manchester on
June 14, 2007, via a 323 transfer.

g.   Physical and Mental Health:  Inmate Sutton is cleared for Food Service
and has regular duty status with no medical restrictions.  He appears to be
in good health with no known mental health concerns.  Inmate Sutton should
be considered fully  employable.

UNITED STATES DEPARTMENT OF JUSTICE                                    PAGE 3
FEDERAL BUREAU OF PRISONS


### PROGRESS REPORT - CONTINUED

Committed Name: Sutton, Golden        No.: 06798-028        Date: March 7, 2010

h.   Progress on Financial Plan:  Inmate Sutton was court ordered to pay a $200 Felony Assessment.  He has completed payments toward this financial obligation.  COIF waived.

17.   Release Planning:   Inmate Sutton plans to reside in LaGrange, Georgia, upon release.

   a.   Residence:      To be secured nearer release.

   b.   Employment:     To be secured upon release.

   c.   USPO:           Dwight T. Wharton, Chief U.S. Probation Officer
                        Southern District of Indiana
                        46 East Ohio Street, Suite 101
                        Indianapolis, IN 46204

   d.   Release Preparation Program: Inmate Sutton will enroll 30 months prior to release.

Offender is subject to notification under 18 U.S.C. 4042 (b), due to the offender's:

   XX   1.  Conviction for Drug Trafficking Crime.
   ____ 2.  Current Conviction for a Crime of Violence.
   ____ 3.  Past Conviction for a Crime of Violence.
   ____ 4.  Not Applicable.


18.  Dictated By:    _____
                     S. Allen, Case Manager


19.  Date Typed:     March 7, 2010


20.  Reviewed By:    _____
                     K. Heritage, Unit Manager

# Certificate of Achievement

This certifies that

*Joldon Dutton*

has satisfactorily completed

**AA/NA**

Consisting of ___6___ Hours of Training

This certificate is hereby issued this ___12th___ day of AUG ___, 19 ___ 2003



C. D. Parker, Knox Unit Manager



J. Shortridge, Knox A Counselor

# Certificate of Achievement

## This certifies that

*Joldon Sutton*

### has satisfactorily completed

**AA/NA**

Consisting of ___11___ Hours of Training

This certificate is hereby issued this ___1st___ day of ___APR___, 19 ___2004___



J. Shortridge, Knox B Counselor

Certificate of Achievement

Golf Summer

For his participation in the class of

# Certificate of Achievement



## This certifies that

*Yoldon Sutton*

### has satisfactorily completed

**AA/NA**

Consisting of ___26___ Hours of Training

This certificate is hereby issued this ___27th___ day of ___Jan___, 19 ___2005___



J. Shortridge, Knox B Counselor





# TRAINING CERTIFICATE

## PRESENTED TO

### Golden Sutton

HAS SUCCESSFULLY COMPLETED THE TRAINING COURSE FOR

## 522 HRS RESIDENTIAL ELECTRIC

GIVEN AT F.C.I. MANCHESTER THIS 15TH DAY OF

JULY IN THE YEAR 2005

R. Marcum, Education Specialist

S. Lamoree, Supervisor of Education



# Certificate of Achievement

This certifies that

## Golden Sutton

has satisfactorily completed

AA/NA

Consisting of ___23___ Hours of Training

This certificate is hereby issued this ___22nd___ day of ___Sept___, 19 _____ 2005



J. Shortridge, Knox B Counselor




# Certificate of Participation

This is to certify that

## Golden Sutton

Has successfully completed the
Adult Continuing Education Course for

## Black History

at

## FCI MANCHESTER

Given this 18th day of January, 2006

K. Pray, ACE Coordinator

S. Lamoree, Supervisor of Education

# LAMAR STATE COLLEGE - PORT ARTHUR

## PORT ARTHUR, TEXAS

*This is to certify that*

# GOLDEN SUTTON

*has successfully completed*

## MICROCOMPUTER APPLICATIONS

*conducted by the*

## DIVISION OF TECHNICAL PROGRAMS



Date **NOVEMBER 30, 2007**

*Dean of Technical Programs*

**240 CLOCK HOURS**

*Program Director*

# Award of Excellence

*Is Awarded to:*

*Golden Sutton*

*For successfully completing Intro-Micro-Computers, with the highest grade point average.*

*On this 3rd day of December, 2007.*

SOE

Ms. Jones, Instructor



# Student Competency Certification
## Microcomputer Applications V/T

*Name:* __SUTTON, GOLDEN__          *Register Number* ___06798-028___

| No. | Competency | Method of Assessment |
|-----|-----------|----------------------|
| 1. | Correctly use the touch method of keyboarding with improved speed and accuracy. | Timed writings. |
| 2. | Utilize a window-based operating system to create and maintain files. | Exams. Daily class work |
| 3. | Create, edit, and print word processing documents with Microsoft Word containing tables, graphics, merge, styles, templates, columns, and advanced features. | Exams. Daily class work |
| 4. | Create, edit, and print spreadsheets with Microsoft Excel containing: formulas, functions, integration, multiple workbooks and worksheets, charts and maps and reports. | Exams. Daily class work |
| 5. | Create multimedia presentations using PowerPoint. | Project. |
| 6. | Identify word processing terminology and concepts, create technical documents, format and edit documents, use of simple tools and utilities, and print documents. | Exams. Daily class work |
| 7. | Perform basic desktop publishing, including creating documents, inserting graphics in documents, utilizing various fonts and font sizes, and preparing presentations with all of the above. | Exams. Daily class work |

Signature of Instructor

*December 3, 2007*
**Date Course Completed**

FCIM-GRADESHEET

**FINAL GRADES IN THE MICROCOMPUTER APPLICATIONS CLASS**
*AUGUST 7, 2007 - DEC. 3, 2007*

| NAME | INTRO | WORD | EXCEL | POWERPOINT | AVG. GRADE | TYPING WPM |
|------|-------|------|-------|------------|------------|------------|
| *SUTTON, GOLDEN* | 99 | 100 | 100 | 99 | 99 | 23 |

*SUTTON, GOLDEN*

|  | Clock Hours | Clock Hours Earned |
|------|-------|------|
| ITSC 1002 Intro-comp | 40 | 40 |
| POFT 1027-Keybdg | 32 | 32 |
| ITSW 1001-Word | 70 | 70 |
| ITSW 1045-Excel | 54 | 54 |
| ITSW 2052-Graphics | 44 | 44 |
|  |  | 240 |

**Computer Instructor**

# CLN

# *Certificate of Completion*

## Golden Sutton

is hereby recognized for quality work and participation in "Skills for the Workplace" series, *5 Secrets to Finding a Job* and is awarded this certificate

Given this ___8th___ day of ___August___ , ___2007___

Site Facilitator



# CLN *Certificate of Completion*

---

## Golden Sutton

---

is hereby recognized for quality work and participation in
"Success Ahead" series, *Ticket to the Future*
and is awarded this certificate

Given this ___16___ day of ___August___ , ___2007___



# Certificate of Completion

**CLN**

## Golden Sutton

is hereby recognized for quality work and participation in "Skills for the Workplace" series, *Owning Your Own Business* and is awarded this certificate

Given this ___14th___ day of ___September___ , ___2007___



Site Facilitator

# CLN Certificate of Completion

## Golden Sutton

is hereby recognized for quality work and participation in "Success from the Inside Out" series, *Transition: Job Success* and is awarded this certificate

Given this ___17th___ day of ___September___ , ___2007___

Site Facilitator



# LAMAR STATE COLLEGE - PORT ARTHUR

## PORT ARTHUR, TEXAS

*This is to certify that*

## GOLDEN SUTTON

*has successfully completed*

### ADVANCED

### MICROCOMPUTER APPLICATIONS

*conducted by the*

## DIVISION OF TECHNICAL PROGRAMS

**240 CLOCK HOURS**

Date __JUNE 17, 2009__

_____
Dean of Technical Programs

_____
Program Director





# Award of Excellence

Is Awarded to:

Golden Sutton

For successfully completing Advance Micro-Computers, with the highest grade point average.

On this 17th day of June, 2009

Mrs. Nancy Bobbs, SOE

Ms. M. Jones, Instructor

# Student Competency Certification
## Advanced Microcomputer Applications V/T

Name: **SUTTON, GOLDEN**          Register Number: **06798-028**

| No. | Competency | Method of Assessment |
|-----|------------|----------------------|
| 1. | Use advanced formatting features, applications in merging, graphics, import data, use graphic and special functions to enhance document, and create tables and templates. | Exams.<br><br>Daily class work |
| 2. | Apply data analysis features, utilize linked worksheets, moving and copying, cell contents, sorting mathematical, statistical, and financial functions, and built-in graphics support. | Exams.<br><br>Daily class work |
| 3. | Create, edit, and print word processing documents with Word Perfect containing tables, graphics, merge, styles, templates, columns, and advanced features. | Exams.<br><br>Daily class work |
| 4. | Create, edit, and print spreadsheets with Quattro pro containing: formulas, functions, integration, multiple workbooks and worksheets, charts and maps and reports. | Exams.<br><br>Daily class work |
| 5. | Produce multimedia presentations, identify presentation media terminology and concepts, use effective compositions and style, and modify sequence and slide master. | Project. |
| 6. | Perform basic business mathematical calculations, including addition, subtraction, multiplication, division fractions, percentages, interest, and payroll. | Exams.<br><br>Daily class work |
| 7. | Perform basic desktop publishing, including creating documents, inserting graphics in documents, utilizing various fonts and font sizes, and preparing presentations with all of the above. | Exams.<br><br>Daily class work |

_____
**Signature of Instructor**

**JUNE 17, 2009**
_____
**Date Course Completed**

FCIM-GRADESSHEET

**FINAL GRADES IN ADVANCED MICROCOMPUTER APPLICATIONS**
*FEB. 23 2009 - JUNE 17, 2009*

| NAME | WP 9 | QUATTRO PRO | OR. PRESENTATIO | SP. CONNECTION | AVG GR. |
|------|------|-------------|-----------------|----------------|---------|
| *SUTTON, GOLDEN* | 100 | 98 | 100 | 99 | 99 |

|  | Clock Hours |
|--|-------------|
| **ITSW 2031-Adv WP** | 240 |

*Computer Instructor*

CERTIFICATE OF

# ACHIEVEMENT

## Mr. Sutton

FOR YOUR GREAT ACHIEVEMENT IN COMPLETING THE **PERSONAL TRAINERS**

HELD AT **FCC -MEDIUM BEAUMONT  DURING THE MONTHS OF JANUARY THRU**
**CLASS**
**MARCH OF YEAR 2010.**

## CONGRATULATIONS!

**DARRELL CUNNINGHAM, RECREATION SPECIALIST**

**April 11, 2010**



# Certificate of Completion

awarded to:

# Golden Sutton



For the Successful Completion of

# Pool Class

10-18-10
Date

_L.Louville Rec. Spec._
Signed



# Certificate of Completion

Awarded to

## Golden Sun in

For the successful completion of the
Handball/Racquetball Officiating Course
Sponsored by FCC Beaumont Recreation Department

*Date*

*April 2, 2011*

*Signed*

# LAMAR STATE COLLEGE - PORT ARTHUR

## PORT ARTHUR, TEXAS

*This is to certify that*

# GOLDEN SUTTON

*has successfully completed*

## MICROCOMPUTER APPLICATIONS

## ADVANCED

*conducted by the*

# DIVISION OF TECHNICAL PROGRAMS

**240 CLOCK HOURS**

Date __JUNE 16, 2011__

*Dean of Technical Programs*

*Program Director*

# Student Competency Certification
## Advanced Microcomputer Applications V/T

Name: **_SUTTON, GOLDEN_**          Register Number: **_06798-028_**

| No. | Competency | Method of Assessment |
|-----|------------|----------------------|
| 1. | Use advanced formatting features, applications in merging, graphics, import data, use graphic and special functions to enhance document, and create tables and templates. | Exams.<br><br>Daily class work |
| 2. | Apply data analysis features, utilize linked worksheets, moving and copying, cell contents, sorting mathematical, statistical, and financial functions, and built-in graphics support. | Exams.<br><br>Daily class work |
| 3. | Create, edit, and print word processing documents with Word Perfect containing tables, graphics, merge, styles, templates, columns, and advanced features. | Exams.<br><br>Daily class work |
| 4. | Create, edit, and print spreadsheets with Quattro pro containing: formulas, functions, integration, multiple workbooks and worksheets, charts and maps and reports. | Exams.<br><br>Daily class work |
| 5. | Produce multimedia presentations, identify presentation media terminology and concepts, use effective compositions and style, and modify sequence and slide master. | Project. |
| 6. | Perform basic business mathematical calculations, including addition, subtraction, multiplication, division fractions, percentages, interest, and payroll. | Exams.<br><br>Daily class work |
| 7. | Perform basic desktop publishing, including creating documents, inserting graphics in documents, utilizing various fonts and font sizes, and preparing presentations with all of the above. | Exams.<br><br>Daily class work |

Signature of Instructor

**_JUNE 16, 2011_**
**Date Course Completed**

**FCIM-GRADESSHEET**

**FINAL GRADES IN ADVANCED MICROCOMPUTER APPLICATIONS**
*FEBRUARY 18,  -JUNE 16, 2011*

| NAME | WP 9 | QUATTRO PRO | PRESENTATION | SP. CONNECTION | AVG GR |
|------|------|-------------|--------------|----------------|--------|
| *SUTTON, GOLDEN* | 93 | 95 | 95 | 93 | 94 |

Clock
Hours

**ITSW 2031-Adv WP**                240

*Computer Instructor*

# *Certificate*

## *of*

# *Completion*

*Awarded*

*to*

# *Mr. Sutton*

*for successfully completing*

*The Beginning Leather Class*

*at*

*FCC Beaumont*

_W. Strong_ / *Sports Specialist*

*June 17, 2011*