UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
FEB 1 3 2012
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| GOLDEN SUTTON, | ) Motion to take leave to Amend <u>18 U.S.C. §</u> <u>3582 (C) (2) and Consolidate with</u> <u>Memorandum of Law</u> |
| (MOVANT), | ) |
| v | ) CAUSE NO. Cause NO.EV 02-04-CR-01-Y/H |
| UNITED STATES OF AMERICA, | ) Judge Richard L. Young |
| Respondent | ) |

<u>MOTION TO TAKE LEAVE TO AMEND  18 U.S.C. § 3582 (C) (2)</u>

<u>AND CONSOLIDATE WITH MEMORANDUM OF LAW</u>

Comes now **GOLDEN SUTTON** (**Movant**), pro se, before the honorable judge of said Court and respectfully requests to take leave to Amend his  § 3582(c)(2) motion now before this Court and to supplement the Amended § 3582(c)(2) motion with a Memorandum of Law in Support. The Movant states:

1) The § 3582(c)(2) motion now before the  court is deficient and needs appropriate corrections and clarifications.

2) A Memorandum of Law in Support would be beneficial for this Court in rendering an  appropriate decision.

3) The Movant respectfully requests this Court to hold in abeyance all decisions in this matter until the Amended § 3582(c)(2) motion and Memorandum of Law in Support is tendered to this Court.

[1]

4) The Movant respectfully requests no more than 30 days from the date of this Court's decision - depending upon the appropriate Notification by the Clerk of this Court - to submit the amended pleading and Memorandum Of Law.

Whereas, Golden Sutton, respectfully asks this Court to GRANT him Leave of this Court to Amend his § 3582(c)(2) motion and supplement a Memorandum of Law in Support.

**Signed this 6TH day of February, 2012**

_____

**Golden Sutton (pro se)**

I, **Golden Sutton**, do hereby certify under penalty of perjury pursuant to **28 U.S.C. § 1746** that I delivered to prison officials the foregoing motion "Pursuant to **18 U.S.C. § 3582 (c) (2)**" in an envelope with postage prepaid first class and addressed to:

        **U.S. District Court**
        **Office of the Clerk**
        **304 Federal Building**
        **101 N.W. Martin Luther King Blvd.**
        **Evansville, IN 47708**

        **Signed this 6th day of February 2012.**

                      */s/ Golden Sutton*
                      Golden Sutton (pro se)