## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

GOLDEN  SUTTON,                                )
                                               )
                          Petitioner,          )
                                               )
              vs.                              )        Case No. 3:14-cv-00155-RLY-WGH
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
                          Respondent.          )


### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

      The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The action docketed as No. 3:14-cv-00155-RLY-WGH is dismissed for lack of jurisdiction.


Date: ___12/17/2014___

Laura Briggs, Clerk of Court


By: ___*Dina M. Dale*___
        Deputy Clerk

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana


Distribution:

Golden Sutton
No. 06798-028
Beaumont-Low FCI
P.O. Box 26020
Beaumont, TX 77720