# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on September 2, 2016, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Jasmine Allen** | Reg. No. 31732-018 |
| **Timothy Antjuan Augustus** | Reg. No. 56800-083 |
| **Steven Bernard Boyd** | Reg. No. 09749-021 |
| **Donald Brooks** | Reg. No. 52640-019 |
| **Charles C. Brown** | Reg. No. 05335-070 |
| **Aundra Coats** | Reg. No. 39593-060 |
| **Dwayne Berman Cooper** | Reg. No. 18599-018 |
| **Marion Clarence Cooper** | Reg. No. 89302-071 |
| **Vernon Copeland** | Reg. No. 41458-019 |
| **Roberto Antonio Davila, aka Robert Davila** | Reg. No. 55777-098 |
| **Efrem Rahoman Douglas** | Reg. No. 20532-074 |
| **Roy Geer** | Reg. No. 36439-004 |
| **Christopher Gulley** | Reg. No. 03846-017 |
| **Antonio Nicholas Hill** | Reg. No. 13749-171 |
| **Corey D. Howard** | Reg. No. 07456-028 |
| **George Howard Jones** | Reg. No. 15818-056 |
| **Joseph John Jones** | Reg. No. 49186-018 |
| **Twaine Jones** | Reg. No. 05095-025 |
| **Kenneth W. Kemp** | Reg. No. 35168-054 |
| **Ohara Linear Laws** | Reg. No. 45019-079 |
| **Trevis Love** | Reg. No. 20372-074 |
| **Leonard Mason** | Reg. No. 61319-066 |
| **Christopher Dale Masters** | Reg. No. 04336-063 |
| **Stanford Mathis** | Reg. No. 90582-020 |
| **Maurice Matthews** | Reg. No. 29923-034 |
| **Jerome Lee Menefee** | Reg. No. 30632-112 |
| **Michelle Miles** | Reg. No. 48851-053 |
| **Cintheia Denise Parra** | Reg. No. 12278-042 |
| **Gerardo Gilberto Rivera** | Reg. No. 41155-179 |
| **Alberto A. Rosales, Sr.** | Reg. No. 24137-004 |
| **Artrez Nyroby Seymour** | Reg. No. 15105-045 |
| **Larry Simmons** | Reg. No. 04229-021 |
| **Lavelle Span** | Reg. No. 04235-090 |
| **Jerome Clarence Sumral** | Reg. No. 18935-112 |
| **Golden Sutton** | Reg. No. 06798-028 |
| **John Herbert Talley** | Reg. No. 14418-074 |
| **Derrick Terry** | Reg. No. 20527-424 |
| **David Anthony Trotter** | Reg. No. 03204-017 |
| **Jedrek W. Underwood** | Reg. No. 15973-179 |

| | |
|---|---|
| **Chela H. Urbina,** aka Graciella Urbina | Reg. No. 30319-004 |
| **Fulton Leroy Washington,** aka Larry Williams Scott | Reg. No. 08204-112 |
| **Bill Westcott** | Reg. No. 24466-034 |
| **Wayland Thomas Wilson** | Reg. No. 23027-077 |

I hereby further commute the total sentence of imprisonment each of the following persons is now serving to expire on May 5, 2017, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following persons on one year of pre-release custody:

| | |
|---|---|
| **Eddie Brown** | Reg. No. 15024-016 |
| **Thomas Farmer** | Reg. No. 05424-032 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on May 5, 2018, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program:

| | |
|---|---|
| **Shannon Lee Blake** | Reg. No. 09753-091 |
| **Jacob George Colbert** | Reg. No. 11822-041 |
| **Carla Yvette Holte** | Reg. No. 39527-018 |
| **Abbas Rauf Kareem** | Reg. No. 32118-018 |
| **Tomma Jean Kent** | Reg. No. 07879-030 |
| **Rick Lee Lamere** | Reg. No. 34524-086 |
| **Michael Tyree Mays** | Reg. No. 29239-048 |
| **Javier Mendoza** | Reg. No. 80324-079 |
| **Troy Lamar Morton** | Reg. No. 19195-058 |
| **Jessie Lee Robinson** | Reg. No. 16954-045 |

I hereby further commute the total sentence of imprisonment imposed upon **Wade Cutchen**, Reg. No. 50492-083, to expire on February 2, 2017. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the 262-month sentence of imprisonment imposed upon **Jamal Hanson**, Reg. No. 22873-016, in Docket No. 99-208 from the District of Columbia and the consecutive eight-month sentence imposed in Docket No. 04-209 from the District of New Jersey to expire on September 2, 2016, leaving intact and in effect the five-year term of supervised release imposed with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Larry Lewis**, Reg. No.07317-003, to expire on May 5, 2017. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this fifth day of May in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and fortieth.*

**BARACK OBAMA**
**President**